UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BILL A. MYERS and LINDA H. MYERS                                      PLAINTIFFS

V.                                               CIVIL ACTION NO.1:07CV052 LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY, ET AL.          DEFENDANTS

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion of State Farm Fire & Casualty Company to dismiss the complaint for failure to join The Peoples Bank as a party is **DENIED**.

**SO ORDERED** this 16th day of May, 2007.

                                                    s/ L. T. Senter, Jr.
                                                  L. T. SENTER, JR.
                                                  SENIOR JUDGE